AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Connie Allen

)
*Plaintiff*  )
)
v.  ) Civil Action No.  1:14-cv-03139-SMJ
Carolyn W Colvin  )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Plaintiff's Motion for Summary Judgment, ECF No. 14, is GRANTED.
Commissioner's Motion for Summary Judgment, ECF No. 17, is DENIED.
Judgment entered in Plaintiff's favor.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Salvador Mendoza, Jr.   on a motion for

Summary Judgment by plaintiff, ECF No. 14, is GRANTED.  Commissioner's Motion for Summary Judgment, ECF No. 17, is DENIED.  Judgment entered in Plaintiff's favor.

Date:   05/16/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler

*(By) Deputy Clerk*

Shelly Koegler